

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

MJR Oil & Gas 2001 LLC, Appellant

No. 06-17-00116-CV      v.

AriesOne, LP, GFP Texas, Inc., Miken Oil, Inc., and SND Energy Company, Inc., Appellees

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2016-1054-CCL2).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the judgment of the trial court and remand the cause for proceedings consistent with this opinion.

We further order that the appellees, AriesOne, LP, GFP Texas, Inc., Miken Oil, Inc., and SND Energy Company, Inc., pay all costs of this appeal.

RENDERED JUNE 22, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk